IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ELVIN S. VILLANUEVA,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:11-cv-3591-O |
| **WELLS FARGO BANK,** *N.A.* *Servicer & Mortgagee*, | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Opposed Motion to Dismiss Without Prejudice (ECF No. 19), filed September 28, 2012, is hereby **GRANTED** unconditionally. By separate judgment, all claims against Defendant will be dismissed without prejudice.

**SO ORDERED** on this **20th day** of **March, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE